WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
**JOSEPH MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: bpruitt@lvnvlaw.com
Email: jmeservy@lvnvlaw.com
*Attorneys for Defendant*
*United Financial Casualty Company*

# UNITIED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| GREGORIO TALUSAN MENDOZA, individually; | Case No.: 2:23-cv-01019-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| UNITED FINANCIAL CASUALTY COMPANY; a foreign corporation; DOE INDIVIDUALS 1-20, inclusive; and ROE CORPORATIONS 1-20, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, GREGORIO TALUSAN MENDOZA, by and through his attorney of record, Paul A. Shpirt, Esq., of DIMOPOULOS INJURY LAW, and Defendant UNITED FINANCIAL CASUALTY COMPANY, by and through its attorney of record, William H. Pruitt, Esq. of BARRON & PRUITT, LLP, that the above-entitled matter may be dismissed in its entirety, with prejudice, with each party to bear its own costs and fees.

///

///

///

(652.86)

1

IT IS FURTHER STIPULATED AND AGREED that all pending deadlines and hearing dates currently scheduled on the Court's calendar may be vacated.

DATED this __2nd__ day of ~~July~~ August, 2023         DATED this __2nd__ day of ~~July~~ August, 2023

BARRON & PRUITT, LLP                                     DIMOPOULOS INJURY LAW

/s/ *William H. Pruitt*
WILLIAM H. PRUITT, ESQ.                                  STEVE DIMOPOULOS, ESQ.
Nevada Bar No. 6783                                      Nevada Bar No. 12729
JOSEPH MESERVY, ESQ.                                     PAUL A. SHPIRT, ESQ.
Nevada Bar No. 14088                                     Nevada Bar No. 10441
3890 West Ann Road                                       6671 South Las Vegas Boulevard, Suite 275
North Las Vegas, Nevada 89031                            Las Vegas, Nevada 89119
*Attorneys for Defendant*                                *Attorneys for Plaintiff*

## ORDER

Based upon the Stipulation of counsel and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-referenced case shall be DISMISSED WITH PREJUDICE, in its entirety, with each party to bear its own costs and fees incurred.

DATED: August 3, 2023.

_____
United States Magistrate Judge

(652.86)